CHRISTOPHER P. FORD, ESQ.
Nevada Bar No. 11570
TONY T. SMITH, ESQ.
Nevada Bar No. 12096
**FORD & FRIEDMAN**
2200 Paseo Verde Parkway, Ste. 350
Henderson, Nevada 89052
Telephone: (702) 476-2400
cford@fordfriedmanlaw.com
asmith@fordfriedmanlaw.com
*Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN GREGORIO FUENTES-LOPEZ,<br><br>    Petitioner,<br><br>v.<br><br>ALONDRA CRYSTAL GARCIA,<br><br>    Respondent. | Case No. 2:24-cv-00890-JCM-DJA<br><br>**Stipulation and Order to Extend Deadline to File Joint Pretrial Order** |

Petitioner, Juan Gregorio Fuentes-Lopez ("Petitioner"), by and through his attorneys, Ford & Friedman, and Respondent, Alondra Crystal Garcia ("Respondent"), by and through her attorneys, Masters Law Group LLC, provide the Court with the following Stipulation and Order to Extend Deadline to File Joint Pretrial Order.

The parties are working diligently to prepare the Joint Pretrial Order but require additional time to finalize the order. Therefore, the parties hereby stipulate and agree

…

…

…

…

that the date to file the Joint Pretrial Order, currently set for April 7, 2025, shall be moved to April 14, 2025.

DATED this 7th day of April, 2025.	DATED this 7th day of April, 2025.

**FORD & FRIEDMAN**	**MASTERS LAW GROUP LLC**

*/s/ Tony T. Smith*	*/s/ Anthony G. Joseph*
_____	_____
*One of Petitioner's Attorneys*	*One of Respondent's Attorneys*

Christopher P. Ford, Esq.	Anthony G. Joseph, Esq., *Pro Hac Vice*
Nevada Bar No. 11570	Erin E. Masters, Esq., *Pro Hac Vice*
Tony T. Smith, Esq.	110 North Wacker Drive, Suite 2500
Nevada Bar No. 12096	Chicago, IL 60606
2200 Paseo Verde Parkway, Ste 350	Phone: (312) 609-1700
Henderson, Nevada 89052	Fax: (312) 893-2002
Phone: (702) 476-2400	ajoseph@masters-lawgroup.com
Fax: (702) 476-2333	erinmasters@masters-lawgroup.com
cford@fordfriedmanlaw.com
asmith@fordfriedmanlaw.com

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 4/8/2025