CHRISTOPHER P. FORD, ESQ.
Nevada Bar No. 11570
TONY T. SMITH, ESQ.
Nevada Bar No. 12096
**FORD & FRIEDMAN**
2200 Paseo Verde Parkway, Ste. 350
Henderson, Nevada 89052
Telephone: (702) 476-2400
cford@fordfriedmanlaw.com
asmith@fordfriedmanlaw.com
*Attorneys for Petitioner*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JUAN GREGORIO FUENTES-LOPEZ,<br><br>　　　　　Petitioner,<br><br>v.<br><br>ALONDRA CRYSTAL GARCIA,<br><br>　　　　　Respondent. | Case No. 2:24-cv-00890<br><br>**Order Regarding Temporary<br>Visitation Schedule** |

This matter came before the Court on September 30, 2025, with Petitioner, Juan Gregorio Fuentes-Lopez, not present, by and through his counsel of record, Tony T. Smith, Esq., of Ford & Friedman, appearing in person, and Respondent, Alondra Crystal Gacria, appearing via video conference with her attorneys of record, Marshal S. Willick, Esq., and Joshua Lovelady, Esq., of Willick Law Group.

The Court hereby enters the following orders:

**IT IS HEREBY ORDERED** that Petitioner shall temporarily exercise in-person visitation with the minor child, L.A.F.G., every other Sunday for a time period of up to five (5) hours per visit pending trial, with the aforementioned visitation to begin on October 5, 2025.

**IT IS FURTHER ORDERED** that Petitioner's temporary in-person visitation shall be conducted through Family First Services at Petitioner's sole cost.

**IT IS FURTHER ORDERED** that the cost for Family First visitation is subject to reapportionment pending the outcome of trial.

**IT IS FURTHER ORDERED** that Respondent shall comply with the in-person visitation scheduled and make the minor child, L.A.F.G., available for all in-person visits as scheduled by Family First Services.

**IT IS FURTHER ORDERED** that Petitioner's supervised visitation through Family First Services may occur either on campus at the Family First facility or a secondary location within the Las Vegas Metropolitan area accompanied by the Family First supervisor. The minor child is not to be removed from Clark County, Nevada pending trial.

**IT IS FURTHER ORDERED** that Petitioner shall temporarily exercise contact via phone or video call with the minor child each week on Tuesday at 6:10 p.m., and Thursday at 6:10 p.m. Petitioner is permitted at least one (1) hour per call with the minor child.

[The remainder of this page was intentionally left blank.]

IT IS FURTHER ORDERED that the foregoing temporary in-person visitation and phone/video call contact orders are entered without prejudice.

**IT IS SO ORDERED:**

_____
**Jennifer A. Dorsey, District Judge
United States District Court
Dated: 10/3/2025**

| Respectfully submitted by: | Approved as to form and content: |
|---|---|
| **FORD & FRIEDMAN** | **WILLICK LAW GROUP** |
| */s/ Christopher P. Ford* | */s/ Joshua Lovelady* |
| _____ | _____ |
| Christopher P. Ford, Esq. | MARSHAL S. WILLICK, ESQ. |
| Nevada Bar No. 11570 | Nevada Bar No. 2515 |
| Tony T. Smith, Esq. | JOSHUA LOVELADY, ESQ. |
| Nevada Bar No. 12096 | Nevada Bar No. 16918 |
| 2200 Paseo Verde Parkway, Ste 350 | 3591 East Bonanza Road, Suite 200 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89110 |
| Phone: (702) 476-2400 | Phone: (702) 438-4100 |
| *Attorneys for Petitioner* | *Attorneys for Respondent* |